# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ERIC L. CRAWFORD, | ) | CASE NO. 4:15-cv-2680 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER AND** |
| COMMISSIONER OF SOCIAL SECURITY | ) | **JUDGMENT ENTRY** |
| | ) | |
| DEFENDANT. | ) | |

Pursuant to the joint stipulation of the parties (Doc. No. 18), plaintiff is hereby awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), in full satisfaction of any and all of plaintiff's claims for fees, costs, and expenses, subject to setoff to satisfy any pre-existing debt owed by plaintiff to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010).

If counsel for the parties can verify that plaintiff owes no pre-existing debts to the United States that are subject to setoff, defendant shall direct that the award be made payable to plaintiff's attorney pursuant to the attorney's fee assignment duly signed by plaintiff and his counsel, and that any check be mailed to the business address of plaintiff's counsel.

**IT IS SO ORDERED**.

Dated: September 26, 2016

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**